IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| WILLIAM HLUSHMANUK, Petitioner, | : | CIVIL ACTION |
| v. | : | |
| BRIAN COLEMAN, et al. Respondents, | : | NO. 16-4948 |

FILED
MAY 11 2017
KATE BARKMAN, Clerk
By_____Dep. Clerk

ORDER

WENDY BEETLESTONE, J.

AND NOW, this 11th day of May, 2017, upon careful and independent consideration of the petition for Writ of Habeas Corpus, and after review of the Report and Recommendation of United States Chief Magistrate Judge Linda K. Caracappa, IT IS ORDERED that:

1. The Report and Recommendation is APPROVED and ADOPTED.

2. The petition for Writ of Habeas Corpus is DENIED with prejudice.

3. There is no probable cause to issue a certificate of appealability.

4. The Clerk of the Court shall mark this case closed for statistical purposes.

BY THE COURT:

_____
WENDY BEETLESTONE, J.